[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————

No. 98-3108

———————

D. C. Docket No. 96-00274-3-CV-LAC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 19 1999

THOMAS K. KAHN
CLERK

MARIE CASEY,
RITA D. DENSON,

Plaintiffs-Appellees,

versus

WAL-MART STORES, INC.,

Defendant-Appellant.

———————

Appeal from the United States District Court
for the Northern District of Florida

(July 19, 1999)

Before DUBINA and HULL, Circuit Judges, and HOWARD*, Senior District Judge.

PER CURIAM:

---

*Honorable Alex T. Howard, Jr., Senior U.S. District Judge for the Southern District of Alabama, sitting by designation.


245

AFFIRMED. See 11th Cir. R. 36-1.[1]

"Costs taxed against defendant-appellant."

*A True Copy - Attested*
*Clerk, U.S. Court of Appeals*
*Eleventh Circuit*

By: /s/ Lisa Hester
Deputy Clerk
Atlanta, Georgia

---

[1] 11th Cir. R. 36-1 provides:
  When the court determines that any of the following circumstances exist:
  (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
  (b) the evidence in support of a jury verdict is sufficient;
  (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
  (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
  (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.

Entered:
For the Court:

July 19, 1999
Thomas K. Kahn, Clerk

By: /s/ Matt Davidson
Deputy Clerk

ISSUED AS MANDATE: DEC 1 5 1999

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

WAL-MART STORES, INC.

            Appellant

vs.

MARIE E. CASEY and RITA D. DENSON,

            Appellee

Case No. 98-3108

```
         FILED
   U.S. COURT OF APPEALS
    ELEVENTH CIRCUIT

      AUG  8 1999

     THOMAS K. KAHN
         CLERK
```

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Record Excerpts | | | | | | | |
| Appellee's Brief | X | | 59 | 11 | 649 | 97.35 | $97.35 |
| Reply Brief | | | | | | | |
| Trial Transcript | | | | | | 897.50 | -0-* |
| | | | | | TOTAL | $ 994.85 | $ 97.35 |
| | | | | | | REQUESTED | ALLOWED |

*Note: If reproduction was done commercially, receipt(s) must be attached.

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: 7/29/99   Signature: [signature]

Attorney for: Marie E. Casey and Rita D. Denson
(Type or print name of client)

*This cost is not taxable in this court **FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ 97.35 against Defendant-Appellant

and are payable directly to Plaintiffs-Appellees

Thomas K. Kahn, Clerk

By: Catherine D. Hester
    Deputy Clerk

Issued on: DEC 1 6 1999

MISC-12
(Rev. 12/98)