IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARIE E. CASEY and
RITA D. DENSON,

     Plaintiffs,

v.

WAL-MART STORES, INC., KARL
KATZENBERGER, and JERRY
BROOKS,

     Defendants.

CASE NUMBER:
<u>3:96 CV 274/LAC</u>

---------------------------------------------------------------------

**<u>PLAINTIFFS' MOTION FOR DETERMINATION OF</u>**
**<u>AMOUNT OF ATTORNEY'S FEES RELATED TO PREVAILING ON APPEAL</u>**

     COME NOW, the Plaintiffs, Marie E. Casey and Rita D. Denson, by and through
their undersigned counsel, pursuant to Federal Rule of Civil Procedure 54 and Local
Rule 54.1 of the Rules for the Northern District of Florida, and hereby move the Court
for entry of an order granting Plaintiffs' Motion For Determination of Amount of
Attorneys Fees Related to Prevailing on Appeal on the grounds as follows:

     1.    On or about May 31, 1996, Plaintiffs filed suit against the Defendants,
Wal-Mart Stores, Inc. (hereinafter "Wal-Mart"), Jerry Brooks (hereinafter "Brooks"), and
Karl Katzenberger (hereinafter "Katzenberger").





*243*

2.     Plaintiffs sued Defendant Wal-Mart for hostile work environment sexual harassment in violation of Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e, et seq., and the Civil Rights Act of 1991, 42 U.S.C. § 1981a (hereinafter "Title VII"), and in violation of the Florida Civil Rights Act of 1992, Chapter 760, Florida Statutes, (hereinafter "the Florida Civil Rights Act") which prohibit employment discrimination and harassment on account of sex, and Plaintiffs sued the Defendant Wal-Mart for the common law tort of negligent supervision and retention.  The Plaintiffs also sued two Wal-Mart supervisors, Brooks and Katzenberger, for the common law tort of battery.

3.     On June 5, 1998, a federal court jury entered verdicts in favor of Casey and Denson on all counts against the respective Defendants.

4.     After the Court denied Wal-Mart's post trial motions and entered judgments in Plaintiffs favor, Wal-Mart appealed the Plaintiffs judgments against it to the Eleventh Circuit Court of Appeals.

5.     On July 19, 1999, the Eleventh Circuit affirmed the Plaintiffs' judgments against Wal-Mart per curiam and on December 6, 1999 the Court entered an order finding that the Plaintiffs were entitled to an award of attorneys fees for having to defend the judgments against Wal-Mart.

6.     Rather than making a determination as to the amount that should be awarded based on the motion and affidavits filed with the appellate court, the Eleventh Circuit granted Plaintiffs'/Appellees' petition for attorneys' fees as to entitlement, but remanded the matter to this Court for determination of a reasonable amount of attorneys' fees to be awarded.

7.      On December 16, 1999 the Eleventh Circuit issued its Mandate to this Court.

8.      In accordance with the requirements of Local Rule 54.1 and 7.1(B) of the Local Rules for the Northern District of Florida, Plaintiffs have submitted a proposal to Defendant Wal-Mart for settlement of all attorney's fees (including the attorneys fees necessitated by the appeal). However, the parties have not been able to reach any agreement as to the amount to be paid to Plaintiffs for having to defend the appeal.

9.      Copies of the Plaintiffs' Expert Affidavit Re: Attorney's Fees on Appeal and Plaintiffs' Attorney's Fee Affidavit and Request for Fees with supporting documentation, both of which were previously filed with the Eleventh Circuit Court of Appeals on or about August 2, 1999, are attached as composite Exhibit "A" and are incorporated herein by reference.

10.     Since the Plaintiffs were 100% successful in defending Wal-Mart's appeal, the Plaintiffs request that Court award the sum of $39,640.50 which is supported by Plaintiffs' composite Exhibit "A" and is based upon the actual hours worked by the respective attorneys and paralegals at the hourly rates charged by same at the time that the work was performed which is consistent with the market rates charged by others for similar work.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs Motion For Determination of Amount of Attorneys Fees Related to Prevailing on Appeal and award the sum of $39,640.50 in favor of Plaintiffs and against the Defendant, Wal-Mart Stores, Inc.

_____

Warren R. Todd
Florida Bar No. 0858633
Erick M. Drlicka
Florida Bar No. 0712541
EMMANUEL, SHEPPARD & CONDON
30 South Spring Street
Post Office Drawer 1271
Pensacola, Florida  32596
(Telephone: 850/433-6581)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing has been served on Peter Corbin,  Esq.,

Ford & Harrison, P.O. Box 41566, Jacksonville, Florida 32591-2319, by United States

Mail this 27th day of December, 1999.

_____

Warren R. Todd

## UNITED STATES COURT OF APPEALS
## ELEVENTH CIRCUIT

**MARIE E. CASEY and**
**RITA D. DENSON,**

      **Plaintiffs-Appellees,**

**v.s**

                           **CASE NO 98-3108**

**WALMART STORES, INC.**

      **Defendants-Appellants.**

-----------------------------------------------/

## <u>EXPERT AFFIDAVIT RE: ATTORNEY'S FEES</u>

STATE OF FLORIDA

COUNTY OF ESCAMBIA

      BEFORE ME, the undersigned authority duly authorized to administer oaths and take acknowledgments in this State, this date personally appeared Troy A. Rafferty, who by me upon first being duly sworn, did depose and say as follows:

      1.    I am an attorney, licensed to practice law in the State of Florida since 1994. I am admitted to practice before the U.S. District Courts for the Northern and Middle Districts of Florida and the Eleventh Circuit Court of Appeals.

COMPOSITE EXHIBIT "A"

2.     I am currently a partner in the law firm of Levin, Middlebrooks, Thomas, Mitchell, Green, Echsner, Proctor & Papantonio, P.A.

3.     My practice involves the litigation of employment discrimination, civil rights, and personal injury actions.

4.     I have been asked to review the files in the above-captioned cases with regard to the reasonableness of the hours expended by the Plaintiffs' counsel in handing the Appeal to the Eleventh Circuit Court of Appeals.

5.     I have reviewed the entirety of the appellate file with regard to the above-referenced matter as well as the file involving the trial of this matter in the U.S. District Court for the Northern District of Florida.

6.     I have also reviewed the proposed hours being submitted by Plaintiffs' counsel with regard to both the action filed in the U.S. District Court for the Northern District of Florida and the appeal in the Eleventh Circuit Court of Appeals.

7.     My review of the file indicates that this was a highly disputed case by the Defendant, Wal-Mart, and both sides vigorously litigated the case up through and including the Appeal.

8.     The Appeal file, including, but not limited to the briefs filed in this matter, reveal that a considerable amount of research and work was performed by the Plaintiffs' counsel.

9.     I am familiar with the quality of work of both Warren Todd and Erick Drlicka as well as their law firm Emmanuel, Sheppard & Condon.

10.     Generally, attorneys in this area charge contingency fees and/or hourly fees for employment cases. The hourly fee commonly charged in this area for employment litigation are:

> A.     Senior partners: $300-450 / hour;
>
> B.     Partners: $200-$300 / hour;
>
> C.     Junior partners: $100-$200 / hour;
>
> D.     Associates: $75-$100 / hour;
>
> E.     Law Clerks: $50-$75 / hour; and
>
> F.     Paralegals: $40-$65 / hour.

Having reviewed the files and records as indicated above, I am of the opinion that the time submitted and the fees sought are fair and reasonable for this area and in this type of litigation.

11.     It is my opinion that an appeal of this nature with these issues involved would necessitate anywhere from 200 to 300 hours of attorneys time. Therefore, the claim time of 242 hours is fair and reasonable under the circumstances of this case.

12.  Both Mr. Todd and Mr. Drlicka, as well as their law firm have an excellent reputation in this legal community.

13.  Further, affiant sayeth naught.

TROY A. RAFFERTY
FBN: 024120
Levin, Middlebrooks, Thomas, Mitchell, Green,
Echsner, Proctor & Papantonio, P.A.
316 South Baylen Street
Suite 600
P.O. Box 12308
Pensacola Florida 32581
(850) 435-7163

The foregoing instrument was sworn to before me this ⟶2 day of __August__, 19 99 , by Troy A. Rafferty who personally appeared before me and who is personally known to me, and who did take an oath.

[Seal]

NOTARY PUBLIC

MICHELLE M. MERTINS
Notary Public, State of Florida
My Comm. Expires Dec. 3, 1999
No. CC 512261
Bonded Thru Official Notary Service
1-(800) 723-0121

MARIE E. CASEY and
RITA D. DENSON,

    Plaintiffs-Appellees,

        v.          CASE NUMBER: 98-3108

WAL-MART STORES, INC.,

    Defendants-Appellants.

-------------------------------------------------------------------

### **APPELLEES' ATTORNEY'S FEE AFFIDAVIT AND REQUEST FOR FEES**

IN THE STATE OF FLORIDA

COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority duly authorized to administer oaths and take acknowledgments in this State, this date personally appeared Warren R. Todd, who by me upon first being duly sworn, did depose and says as follows:

1.    I am an attorney for the law firm of Emmanuel, Sheppard and Condon, and am admitted to practice in the State of Florida, the United States District Court for the Northern District of Florida, and the United States Court of Appeals for the Eleventh Circuit.

2. I and my law firm are counsel for the Appellees, Marie E. Casey and Rita D. Denson, in the above-styled case, and I have personal knowledge regarding the time and hours expended by my law firm in the prosecution of this case.

3. I have read the representations made herein and have personal knowledge regarding same. The matters contained herein are true and correct.

5. Furthermore, the time and hours identified herein were related to the service rendered on the appeal of judgments against the Appellant, Wal-Mart Stores, Inc, and in favor of Appellees, Marie E. Casey and Rita D. Denson.

6. Based on the time and hours expended by Appellees' Counsel and support staff, as more specifically itemized in Exhibit "A" which is attached and incorporated herein, and the prevailing market rate for the work performed. Appellees requests and award of Attorney's Fees of $39,640.50.

7. Appellees requests the following rates of compensation for work performed on the successful prosecution of this case:

| | |
|---|---|
| Shareholder: | $175.00 per hour |
| Associate: | $140.00 per hour |
| Paralegal: | $ 60.00 per hour |

Appellees' Counsel is of the opinion that the requested rates of compensation are in keeping with the prevailing market rate for the work performed and are the rates that the respective attorneys and

paralegal charge for hourly rate work for non-contingency fee clients of the firm.

8. As of August 2,1999, Appellees' Counsel had expended the following number of hours on the appeal:

Shareholder Hours:    <u>157.50</u>

    Todd      104.30
    Drlicka   53.20

Associate Hours:    <u>85.70</u>

    P. Hendrix  85.70

Paralegal    <u>3.0</u>

    C. Hendrix  3.0

Due to the continued litigation regarding fees and costs, it is expected that Appellees' Counsel will be forced to expend additional time and expense in the future.

9. A summary of the hours expended and a description of the work performed are attached hereto as exhibit "A" and are incorporated herein by reference.

10. Appellees' Counsel accepted representation on a contingency fee basis. Due to the contingent nature of the fee agreement, Appellees' Counsel has been representing Appellees in this matter for almost four and one half years without receiving compensation or reimbursement for the time and expenses of litigation.

11.  Moreover, the Appellant, Wal-Mart Stores, Inc., is well known throughout the jurisdiction for vigorously defending cases and rarely settling until ordered to do so by the court.

12.  As of this date, Wal-Mart Stores, Inc., has not made _any_ offer to settle the cases which are the subject of this appeal.

12.  Further, Affiant sayeth naught.



_____
WARREN R. TODD

The foregoing instrument was sworn to before me this 2nd day of August, 1999, by Warren R. Todd who personally appeared before me and who is personally known to me, and who did take an oath.

[Seal]

_____
NOTARY PUBLIC

OFFICIAL NOTARY SEAL
PEGGY S JOLLY
COMMISSION NUMBER
CC709994
MY COMMISSION EXPIRES
JAN. 22,2002
NOTARY PUBLIC STATE OF FLORIDA

```
RECORD #    DATE     ATTY  TIME  -ACTIONS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

BILLED AND UNBILLED TIME:
[368831]  07/30/98  WRT  0.1  -RECEIPT AND REVIEW OF LETTER FROM BROOKS
[369694]  07/31/98  WRT  0.3  -RECEIPT AND REVIEW OF LETTER, MOTION, MEMO AND
                              NOTICE OF APPEAL; CONFERENCE WITH EMD;
                              CONFERENCE WITH LOUIS ROSENBLOUM RE: APPEAL;
                              DRAFT E-MAIL TO PLH AND DOCKET DATES; DRAFT
                              LETTER TO CLIENTS.
[369680]  07/31/98  WRT  0.1  -RECEIPT AND REVIEW OF LETTER
[373020]  08/03/98  PLH  2.3  -LEGAL RESEARCH REGARDING ISSUES ON
                              CROSS-APPEAL; LEGAL RESEARCH REGARDING
                              PUNITIVE DAMAGES
[373026]  08/06/98  PLH  1.7  -LEGAL RESEARCH REGARDING PUNITIVE DAMAGES AND
                              STANDARD OF REVIEW ON APPEAL FOR COURTS
                              FAILURE TO SEND ISSUE TO JURY
[373031]  08/07/98  PLH  3.5  -LEGAL RESEARCH REGARDING PUNITIVE DAMAGES IN A
                              TITLE VII CLAIM AND STANDARD OF REVIEW ON
                              APPEAL; DRAFT MEMO OF LAW IN OPPOSITION TO
                              DEFENDANT MOTION FOR STAY OF EXECUTION; LEGAL
                              RESEARCH REGARDING POSTING OF BOND TO STAY
                              EXECUTION
[370574]  08/07/98  WRT  0.3  -CONFERENCE WITH PLH RE: APPEAL AND REVIEW OF
                              CASES AND DRAFT LETTER
[373036]  08/10/98  PLH  1.5  -DRAFT MEMO OF LAW IN OPPOSITION TO WAL-MART'S
                              MOTION FOR STAY
[371013]  08/10/98  WRT  0.1  -REVIEW OF AND REVISING MEMO OF LAW ON MOTION
                              TO STAY EXECUTION
[371095]  08/11/98  WRT  0.3  -FINISH MEMO OF LAW IN OPPOSITION TO MOTION TO
                              STAY WITHOUT BOND; CONFERENCE WITH PLH
[371583]  08/12/98  WRT  0.1  -RECEIPT AND REVIEW OF CORRESPONDENCE FROM
                              COURT RE: APPEAL
[375700]  08/18/98  PLH  2.1  -LEGAL RESEARCH REGARDING MOTION TO DISMISS
                              APPEAL FOR FAILURE TO COMPLY WITH RULE 10(b)
[372836]  08/18/98  WRT  0.1  -CONFERENCE WITH PLH RE: RECORD AND
                              PREPARATION OF RECORD OF APPEAL
[372827]  08/18/98  WRT  0.2  -CONFERENCE WITH PLH AND REVIEW OF CASES ON
                              MOTION TO DISMISS APPEAL FOR NON-COMPLIANCE
                              WITH APPELLATE RULES
[375702]  08/19/98  PLH  3.3  -PREPARE MOTION AND MEMORANDUM OF LAW TO
                              DISMISS APPEAL FOR FAILURE TO COMPLY WITH RULE
                              10(b)
[373365]  08/19/98  WRT  0.1  -RECEIPT AND REVIEW OF COURT ORDER
[373342]  08/19/98  WRT  0.3  -CONFERENCE WITH PLH; REVIEW OF AND REVISING
                              MEMO OF LAW ON DISMISSAL
[373212]  08/19/98  EMD  0.1  -INTRA OFFICE CONFERENCE WITH WRT REGARDING
                              APPEAL/DISMISSAL
[375705]  08/20/98  PLH  0.7  -FINALIZE AND FILE MOTION AND MEMO OF LAW TO
```

Exhibit " A "

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|----------|------|------|------|----------|
| | | | | DISMISS APPEAL |
| [373412] | 08/20/98 | WRT | 0.1 | -CONFERENCE WITH PSJ AND PLH REGARDING MEMO OF LAW ON DISMISSAL |
| [373409] | 08/20/98 | WRT | 0.1 | -REVIEW OF LOCAL 11TH CIRCUIT REMARKS FOR MOTIONS AND CONFERENCE WITH PSJ |
| [373402] | 08/20/98 | WRT | 0.6 | -REVIEW OF REVISING TO MEMO; DRAFTING MOTION AND DRAFTING CERTIFICATE OF INTERESTED PARTIES; CONFERENCE WITH PLH |
| [373652] | 08/21/98 | WRT | 0.6 | -NOTE DEFICIENCIES ON NOTICE OF APPEAL; PERFORM LEGAL RESEARCH AND CONFERENCE WITH PLH |
| [374428] | 08/24/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF LETTER AND CORRECTED NOTICE OF APPEAL; CONFERENCE WITH PLH |
| [374456] | 08/25/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF ORDER |
| [375069] | 08/27/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF NOTICE FROM CLERK W/CORRECTED APPEAL NOTICE |
| [375752] | 08/31/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF MEMO OF LAW WITH TRANSCRIPT PURCHASE SHEET |
| [379807] | 09/21/98 | WRT | 0.1 | -DRAFTING LETTER AND TIME SUMMARY |
| [383990] | 10/12/98 | WRT | 0.1 | -DRAFTING LETTER AND ATTY TIME SUMMARY |
| [384445] | 10/15/98 | WRT | 1.6 | -REVIEW OF TRANSCRIPT OF TRIAL IN PREP FOR APPEAL |
| [386253] | 10/21/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF ORDERS |
| [387774] | 10/29/98 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH FRB REGARDING MEDIATION |
| [387754] | 10/29/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF 11TH CIRCUIT REFERRAL TO MEDIATION |
| [390256] | 11/09/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF CERTIFICATE OF READINESS; CONFERENCE WITH PSJ |
| [390937] | 11/11/98 | WRT | 0.1 | -DRAFT ATTORNEY TIME SUMMARY AND LETTER |
| [393198] | 11/12/98 | CEH | 1.4 | -TRAVEL TO COURTHOUSE TO COMPARE COURT PLEADINGS WITH OUR INDEX AND RETURN |
| [391358] | 11/13/98 | WRT | 0.2 | -MEETING WITH PSJ RE: PREPARATION OF THE RECORD AND MISSING ITEMS |
| [393190] | 11/18/98 | CEH | 0.2 | -REVIEW OF REVISED PLEADING INDEX |
| [393955] | 11/24/98 | WRT | 0.8 | -DRAFT LETTER TO MEDIATOR AND MEMO TO EMD |
| [393952] | 11/24/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF LETTER AND RECORDS AND DOCKET |
| [394008] | 11/25/98 | WRT | 0.6 | -FINISH LETTER TO MEDIATOR; CONFERENCE WITH EMD RE: LETTER AND EXPENSES FOR MEDIATION |
| [395010] | 11/30/98 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH FRB REGARDING MEDIATION |
| [394948] | 12/01/98 | EMD | 0.1 | -CALL FROM CLIENT REGARDING MEDIATION |
| [394947] | 12/01/98 | EMD | 1.0 | -MEDIATION PREPARATION |
| [394942] | 12/01/98 | EMD | 0.1 | -MEDIATION |
| [396186] | 12/07/98 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH WRT REGARDING MEDIATION |
| [396845] | 12/10/98 | WRT | 0.1 | -DRAFT ATTORNEY TIME SUMMARY |
| [400202] | 12/29/98 | WRT | 0.3 | -REVIEW OF ISSUES RELATED TO APPEAL INCLUDING RULES AND TIMELINES OF APPELLANT'S BRIEF |
| [400753] | 12/31/98 | WRT | 0.4 | -RECEIPT AND REVIEW OF APPELLATE BRIEF AND |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|----------|------|------|------|----------|
| | | | | INDEX; CONFERENCE WITH PSJ RE: DOCKETING |
| [402647] | 01/13/99 | WRT | 0.1 | -DRAFT ATTORNEY TIME SUMMARY AND LETTER |
| [406805] | 01/15/99 | PLH | 1.5 | -PULLED CASE LAW CITED BY DEFENDANTS IN APPELLATE BRIEF; CONFERENCE WITH WARREN TODD REGARDING JUDGEMENT ON APPEAL; TELEPHONE CALL TO COURT CLERK REGARDING JUDGEMENT ON APPEAL |
| [403403] | 01/15/99 | WRT | 2.9 | -REVIEW OF WAL-MART'S STATEMENT OF FACTS AND CONTRAST WITH CITATIONS TO THE RECORD. START DRAFTING PLAINTIFFS' STATEMENT OF FACTS |
| [403422] | 01/18/99 | WRT | 1.7 | -DRAFTING STATEMENT OF FACTS |
| [406830] | 01/19/99 | PLH | 2.0 | -TELEPHONE CALL TO COURT CLERK REGARDING JUDGEMENT ON APPEAL; LEGAL RESEARCH REGARDING EVIDENCE OF HARASSMENT TOWARD OTHERS TO SUPPORT A CLAIM OF HOSTILE WORK ENVIRONMENT SEXUAL HARASSMENT |
| [403817] | 01/19/99 | WRT | 2.5 | -DRAFTING STATEMENT OF FACTS |
| [403620] | 01/19/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH WRT REGARDING APPEAL RECORD |
| [406849] | 01/20/99 | PLH | 3.8 | -LEGAL RESEARCH REGARDING MOTION TO DISMISS APPEAL PURSUANT TO RULES 3 AND 4 FEDERAL R. APP. P. AND DRAFT MOTION TO DISMISS WITH SUPPORTING LEGAL ARGUMENT REGARDING SAME |
| [404410] | 01/20/99 | WRT | 4.5 | -DRAFT STATEMENT OF FACTS |
| [406853] | 01/21/99 | PLH | 1.8 | -REVIEW RULE ON STATEMENT OF INTERESTED PARTIES; CONFERENCE WITH WARREN TODD REGARDING MOTION TO DISMISS; REVIEW AND REVISE MOTION TO DISMISS; PREPARE DOCUMENT FOR FILING WITH THE COURT |
| [404433] | 01/21/99 | WRT | 2.9 | -DRAFTING STATEMENT OF FACTS; REVIEW OF CASES ON PROOF AND START DRAFTING LEGAL STANDARD TO BE APPLIED |
| [404430] | 01/21/99 | WRT | 0.3 | -REVIEW OF AND REVISING MOTION TO DISMISS APPEAL; MEETING WITH PLH |
| [406858] | 01/22/99 | PLH | 1.2 | -LEGAL RESEARCH REGARDING STANDARD OF REVIEW IN SEXUAL HARASSMENT CASE WHERE JURY RULED IN FAVOR OF PLAINTIFF AND DEFENDANT APPEALS ON SUFFICIENCY OF EVIDENCE |
| [404771] | 01/22/99 | WRT | 3.0 | -DRAFT ARGUMENT ON ACTUAL KNOWLEDGE |
| [404775] | 01/23/99 | WRT | 4.2 | -DRAFT ARGUMENTS AND LAW ON CONSTRUCTIVE NOTICE AND FARHAGER ISSUES |
| [404778] | 01/24/99 | WRT | 2.8 | -DRAFT BRIEF AND ARGUMENTS RE: CONSTRUCTIVE NOTICE FARHAGER STANDARD AND NEGLIGENCE |
| [408173] | 01/25/99 | PLH | 1.8 | -LEGAL RESEARCH REGARDING 11TH CIRCUIT STANDARD OF REVIEW OF APPELLATE COURT; HOSTILE WORK ENVIRONMENT/ACTS DIRECTED TOWARD PERSONS OTHER THAN PLAINTIFF (1998); ACTS OF HARASSMENT TOWARD OTHERS WITH REGARD TO NOTICE TO EMPLOYER; RETRIEVED COPIES OF ALL CASES CITING SUPREME COURT DECISION IN FARAGHER |
| [408172] | 01/25/99 | PLH | 1.8 | -LEGAL RESEARCH REGARDING WAIVER OF AFFIRMATIVE |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|----------|------|------|------|----------|
| | | | | DEFENSE FOR FAILURE TO PLEAD IT; WAIVER OF AFFIRMATIVE DEFENSE FOR FAILURE TO PROVE AT TRIAL; LEGAL RESEARCH REGARDING CASE LAW SINCE 6/98 WITH REGARD TO NOTICE TO HIGHER MANAGEMENT |
| [408171] | 01/25/99 | PLH | 0.1 | -RETRIEVED 11TH CIRCUIT DECISION IN OLMSTED VS. TACO BELL |
| [405308] | 01/25/99 | WRT | 0.2 | -CONFERENCE WITH PLH RE: LEGAL RESEARCH ON NOTICE, HIGHER MANAGEMENT STANDARD OF REVIEW OF AND POST FARHAGER CASES |
| [406862] | 01/26/99 | PLH | 1.9 | -LEGAL RESEARCH REGARDING 1998 CASE LAW REGARDING ACTS OF SEXUAL HARASSMENT DIRECTED AT SOMEONE OTHER THAN PLAINTIFF AS EVIDENCE OF NOTICE; RETRIEVE CASE LAW REGARDING SUMMARY JUDGEMENT STANDARD |
| [405620] | 01/26/99 | EMD | 0.7 | -REVIEW OF BRIEF; EDIT SAME; INTRA OFFICE CONFERENCE WITH WRT REGARDING BRIEF |
| [405315] | 01/26/99 | WRT | 3.4 | -CONFERENCE WITH PLH; REVIEW OF LEGAL RESEARCH AND ADD TO BRIEF RE: NOTICE, ACTUAL AND CONSTRUCTIVE, STANDARD OF REVIEW |
| [406865] | 01/27/99 | PLH | 1.8 | -LEGAL RESEARCH REGARDING ABANDONMENT OR WAIVER OF AN AFFIRMATIVE DEFENSE WHEN NO JURY INSTRUCTION IS REQUESTED AND ISSUE NOT ON VERDICT FORM |
| [405618] | 01/27/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH WRT REGARDING BRIEF; REVIEW OF SAME |
| [405398] | 01/27/99 | WRT | 0.5 | -MEETING WITH EMD RE: BRIEF AND ISSUES TO FURTHER ADDRESS RE: NOTICE AND AFFIRMATIVE DEFENSE; FOLLOW UP ON ARGUMENTS |
| [405395] | 01/27/99 | WRT | 2.7 | -DRAFT BRIEF; REVISING STATEMENT OF FACTS AND ARGUMENTS ON NOTICE AND AFFIRMATIVE DEFENSE; REVIEW OF AND INCORPORATE PLH LEGAL RESEARCH |
| [406868] | 01/28/99 | PLH | 1.2 | -RETRIEVE CASE LAW FROM WESTLAW REGARDING SEXUAL HARASSMENT DIRECTED TOWARD OTHERS; LEGAL RESEARCH REGARDING SAME |
| [406694] | 01/28/99 | WRT | 1.1 | -LEGAL RESEARCH ON EVIDENCE OF SEXUAL HARASSMENT OF OTHER WOMEN TO PROVE NOTICE AND REVISING BRIEF |
| [406687] | 01/28/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF WAL-MART RESPONSE TO MOTION TO DISMISS |
| [406683] | 01/28/99 | WRT | 0.1 | -CALL CLIENT |
| [406682] | 01/28/99 | WRT | 0.2 | -MEETING WITH PSJ RE: RULES AND BRIEF |
| [406678] | 01/28/99 | WRT | 0.3 | -REVISING BRIEF TO CONFORM TO NEW RULES |
| [406650] | 01/30/99 | WRT | 1.3 | -FINALIZING BRIEF, MAKE FINAL REVISIONS TO ARGUMENTS |
| [406657] | 01/31/99 | WRT | 1.1 | -CONFERENCE WITH PSJ RE: BRIEF; FINALIZE BRIEF |
| [406982] | 02/01/99 | WRT | 0.7 | -REVIEW OF FINAL DRAFT OF BRIEF AND CONFIRM REVISIONS/CHANGES INCLUDING HEADINGS AND TABLE OF CONTENTS AND CERTIFICATES |
| [406648] | 02/01/99 | WRT | 1.7 | -DRAFT BRIEF AND FINE TUNING ARGUMENTS/FACTS |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|----------|------|------|------|----------|
| [408786] | 02/08/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF ORDER RE: JURISDICTIONAL STATEMENT; CONFERENCE WITH PSJ AND REVIEW OF RULE |
| [408778] | 02/08/99 | WRT | 0.3 | -DRAFT LETTER, CONFERENCE WITH PSJ AND CLARK AND DRAFT JURISDICTIONAL STATEMENT |
| [409402] | 02/10/99 | WRT | 0.1 | -DRAFTING TIME SUMMARY AND LETTER TO CLERK |
| [411699] | 02/22/99 | WRT | 0.2 | -RECEIPT AND REVIEW OF REPLY BRIEF |
| [414912] | 03/11/99 | WRT | 0.1 | -DRAFTING LETTER AND ATTORNEY TIME SUMMARY |
| [416900] | 03/26/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF LETTER AND ORDER |
| [417215] | 03/29/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF LETTER AND ORDER |
| [421243] | 04/14/99 | WRT | 0.1 | -DRAFTING ATTORNEY TIME SUMMARY |
| [426187] | 05/02/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF NOTICE OF ORAL ARGUMENT |
| [430880] | 05/28/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF CORRESPONDENCE FROM COURT |
| [434017] | 06/03/99 | WRT | 0.1 | -DRAFTING LETTER |
| [434236] | 06/14/99 | WRT | 0.1 | -DRAFTING ATTORNEY TIME SUMMARY |
| [438042] | 06/29/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH FRB REGARDING APPEAL |
| [440236] | 07/06/99 | PLH | 0.3 | -PULL CASE LAW FOR ORAL ARGUMENT ON APPEAL |
| [439163] | 07/06/99 | EMD | 0.6 | -REVIEW OF APPELLATE BRIEFS |
| [441407] | 07/07/99 | WRT | 0.3 | -MEETING WITH EMD TO DISCUSS ISSUES FOR ORAL AGRUGMENT |
| [439150] | 07/07/99 | EMD | 1.7 | -REVIEW OF FILE; REVIEW OF TRIAL TRANSCRIPT; INTRA OFFICE CONFERENCE WITH WRT REGARDING APPEAL |
| [442968] | 07/08/99 | EMD | 3.2 | -APPEAL PREPARATIONI |
| [441375] | 07/08/99 | WRT | 0.4 | -CONFERENCE WITH EMD TO DISCUSS FACTS AND WAL-MART DISCREPANCIES/DISTORTION OF RECORD |
| [440250] | 07/08/99 | PLH | 2.3 | -LEGAL RESEARCH REGARDING MOVE TO STRIKE AND OBJECTION TO HEARSAY TESTIMONY |
| [441425] | 07/09/99 | EMD | 2.9 | -APPEAL PREPARATION; INTRA OFFICE CONFERENCE WITH WRT |
| [441437] | 07/12/99 | EMD | 1.2 | -ORAL ARGUEMENT PREPARATION |
| [441427] | 07/12/99 | EMD | 3.1 | -ORAL ARGUEMENT PREPARATION |
| [440256] | 07/12/99 | PLH | 1.0 | -LEGAL RESEARCH REGARDING SUPPLEMENTAL AUTHORITY IN THE 11TH CIRCUIT; DRAFT LETTER TO 11TH CIRCUIT COURT CLERK; TELEPHONE CALL TO COURT CLERK'S OFFICE |
| [440253] | 07/12/99 | PLH | 1.5 | -LEGAL RESEARCH REGARDING MOTION TO STRIKE HEARSAY AND OBJECTION TO HEARSAY |
| [441487] | 07/13/99 | WRT | 0.9 | -MEETING WITH EMD; DISCUSS ISSUES AND FACTS FOR ORAL ARGUMENT |
| [441474] | 07/13/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF FAX WITH SUPPLEMENTAL AUTHORITY CONFERENCE WITH FRB |
| [441464] | 07/13/99 | WRT | 0.1 | -DRAFTING ATTORNEY TIME SUMMARY |
| [441439] | 07/13/99 | EMD | 5.6 | -ORAL ARGUMENT PREPARATION; TRAVEL TO JAY |
| [440259] | 07/13/99 | PLH | 0.4 | -LEGAL RESEARCH REGARDING WAIVER OF OBJECTION OF HEARSAY TESTIMONY |
| [441444] | 07/14/99 | EMD | 5.7 | -PREPARING FOR ORAL ARGUMENT; ATTENDANCE AT ORAL ARUGMENT; TRAVEL TO PENSACOLA; CONFERENCE |

RECORD #     DATE     ATTY   TIME   -ACTIONS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

|          |          |     |     | WITH WRT REGARDING ARUGMENT |
|----------|----------|-----|-----|------------------------------|
| [442954] | 07/15/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH WRT |
| [441525] | 07/15/99 | WRT | 0.1 | -DRAFTING LETTER TO CLIENT |
| [443649] | 07/21/99 | PLH | 0.9 | -LEGAL RESEARCH REGARDING COSTS AND FEES FOR DEFENDING APPEAL; REVIEW ORDER AND CORRESPONDENCE FROM THE COURT |
| [442926] | 07/21/99 | EMD | 0.1 | -REVIEW OF ORDER; INTRA OFFICE CONFERENCE WITH WRT |
| [442912] | 07/21/99 | WRT | 0.2 | -RECEIPT AND REVIEW OF ORDER; CALL CLIENT AND DRAFTING LETTER |
| [442907] | 07/21/99 | WRT | 0.2 | -CONFERENCE WITH PLH REGARDING LEGAL RESEARCH AND DRAFTING PETITION FOR COSTS/FEES |
| [443653] | 07/23/99 | PLH | 1.2 | -DRAFT PETITION FOR ATTORNEY FEES; PREPARE VERIFIED BILL OF COST |
| [443651] | 07/26/99 | PLH | 0.7 | -LEGAL RESEARCH REGARDING AFFIDAVITS IN SUPPORT OF ATTORNEY FEES |
| [443626] | 07/27/99 | WRT | 0.1 | -CONFERENCE WITH PLH RE: STATUS OF PETITIONS FOR ENTITLEMENT TO FEES/COSTS |
| [443757] | 07/29/99 | PLH | 0.4 | -DRAFT AFFIDAVIT IN SUPPORT OF PETITION FOR ATTORNEY FEES |
| [443749] | 07/29/99 | WRT | 0.9 | -CONFERENCE WITH PLH; DRAFTING PETITION FOR TAXABLE COSTS, LETTER, AND NOTICE; DRAFTING PETITION FOR FEES |
| [443747] | 07/29/99 | WRT | 0.3 | -MEETING TROY RAFFERTY RE: EXPERT AFFIDAVIT AND FILE ON APPEAL |
| [443744] | 07/29/99 | WRT | 0.2 | -DRAFTING AND REVISING AFFIDAVIT IN SUPPORT OF PETITION FOR FEES |

BILLED TIME   :      0.0
UNBILLED TIME:     123.2
TOTAL TIME   :     123.2

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|---|---|---|---|---|

BILLED AND UNBILLED TIME:

| [369693] | 07/31/98 | WRT | 0.3 | -RECEIPT AND REVIEW OF LETTER, MOTION, MEMO AND NOTICE OF APPEAL; CONFERENCE WITH EMD; CONFERENCE WITH LOUIS ROSENBLOUM RE: APPEAL; DRAFT E-MAIL TO PLH AND DOCKET DATES; DRAFT LETTER TO CLIENTS. |
| [373019] | 08/03/98 | PLH | 2.3 | -LEGAL RESEARCH REGARDING ISSUES ON CROSS-APPEAL; LEGAL RESEARCH REGARDING PUNITIVE DAMAGES |
| [373025] | 08/06/98 | PLH | 1.7 | -LEGAL RESEARCH REGARDING PUNITIVE DAMAGES AND STANDARD OF REVIEW ON APPEAL FOR COURTS FAILURE TO SEND ISSUE TO JURY |
| [373030] | 08/07/98 | PLH | 3.5 | -LEGAL RESEARCH REGARDING PUNITIVE DAMAGES IN A TITLE VII CLAIM AND STANDARD OF REVIEW ON APPEAL; DRAFT MEMO OF LAW IN OPPOSITION TO DEFENDANT MOTION FOR STAY OF EXECUTION; LEGAL RESEARCH REGARDING POSTING OF BOND TO STAY EXECUTION |
| [370573] | 08/07/98 | WRT | 0.3 | -CONFERENCE WITH PLH RE: APPEAL AND REVIEW OF CASES AND DRAFT LETTER |
| [373035] | 08/10/98 | PLH | 1.5 | -DRAFT MEMO OF LAW IN OPPOSITION TO WAL-MART'S MOTION FOR STAY |
| [371012] | 08/10/98 | WRT | 0.1 | -REVIEW OF AND REVISING MEMO OF LAW ON MOTION TO STAY EXECUTION |
| [371094] | 08/11/98 | WRT | 0.3 | -FINISH MEMO OF LAW IN OPPOSITION TO MOTION TO STAY WITHOUT BOND; CONFERENCE WITH PLH |
| [371078] | 08/11/98 | WRT | 0.2 | -TELEPHONE CONFERENCE WITH CLIENT; MEMO TO FILE |
| [371582] | 08/12/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF CORRESPONDENCE FROM COURT RE: APPEAL |
| [375699] | 08/18/98 | PLH | 2.2 | -LEGAL RESEARCH REGARDING MOTION TO DISMISS APPEAL FOR FAILURE TO COMPLY WITH RULE 10(B) |
| [372835] | 08/18/98 | WRT | 0.1 | -CONFERENCE WITH PLH RE: RECORD AND PREPARATION OF RECORD OF APPEAL |
| [372826] | 08/18/98 | WRT | 0.2 | -CONFERENCE WITH PLH AND REVIEW OF CASES ON MOTION TO DISMISS APPEAL FOR NON-COMPLIANCE WITH APPELLATE RULES |
| [375701] | 08/19/98 | PLH | 3.2 | -PREPARE MOTION AND MEMORANDUM OF LAW TO DISMISS APPEAL FOR FAILURE TO COMPLY WITH RULE 10(b) |
| [373364] | 08/19/98 | WRT | 0.1 | -RECEIPT AND REVIEW OF COURT ORDER |
| [373341] | 08/19/98 | WRT | 0.3 | -CONFERENCE WITH PLH; REVIEW OF AND REVISING MEMO OF LAW ON DISMISSAL |
| [375704] | 08/20/98 | PLH | 0.8 | -FINALIZE AND FILE MOTION AND MEMO OF LAW TO DISMISS APPEAL |
| [373411] | 08/20/98 | WRT | 0.1 | -CONFERENCE WITH PSJ AND PLH REGARDING MEMO OF |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|---|---|---|---|---|
| | | | | CONTRAST WITH CITATIONS TO THE RECORD. START DRAFTING PLAINTIFFS' STATEMENT OF FACTS |
| [403421] | 01/18/99 | WRT | 1.7 | -DRAFTING STATEMENT OF FACTS |
| [406829] | 01/19/99 | PLH | 2.0 | -TELEPHONE CALL TO COURT CLERK REGARDING JUDGEMENT ON APPEAL; LEGAL RESEARCH REGARDING EVIDENCE OF HARASSMENT TOWARD OTHERS TO SUPPORT A CLAIM OF HOSTILE WORK ENVIRONMENT SEXUAL HARASSMENT |
| [403816] | 01/19/99 | WRT | 2.5 | -DRAFTING STATEMENT OF FACTS |
| [406850] | 01/20/99 | PLH | 3.8 | -LEGAL RESEARCH REGARDING MOTION TO DISMISS APPEAL PURSUANT TO RULES 3 AND 4 FEDERAL R. APP. P. AND DRAFT MOTION TO DISMISS WITH SUPPORTING LEGAL ARGUMENT REGARDING SAME |
| [404409] | 01/20/99 | WRT | 4.5 | -DRAFTING STATEMENT OF FACTS |
| [406852] | 01/21/99 | PLH | 1.8 | -REVIEW RULE ON STATEMENT OF INTERESTED PARTIES; CONFERENCE WITH WARREN TODD REGARDING MOTION TO DISMISS; REVIEW AND REVISE MOTION TO DISMISS; PREPARE DOCUMENT FOR FILING WITH THE COURT |
| [404532] | 01/21/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH WRT REGARDING STATEMENT OF FACTS |
| [404432] | 01/21/99 | WRT | 2.9 | -DRAFTING STATEMENT OF FACTS; REVIEW OF CASES ON PROOF AND START DRAFTING LEGAL STANDARD TO BE APPLIED |
| [404429] | 01/21/99 | WRT | 0.3 | -REVIEW OF AND REVISING MOTION TO DISMISS APPEAL; MEETING WITH PLH |
| [406857] | 01/22/99 | PLH | 1.3 | -LEGAL RESEARCH REGARDING STANDARD OF REVIEW IN SEXUAL HARASSMENT CASE WHERE JURY RULED IN FAVOR OF PLAINTIFF AND DEFENDANT APPEALS ON SUFFICIENCY OF EVIDENCE |
| [404770] | 01/22/99 | WRT | 3.0 | -DRAFT ARGUMENT ON ACTUAL KNOWLEDGE |
| [404774] | 01/23/99 | WRT | 4.2 | -DRAFT ARGUMENTS AND LAW ON CONSTRUCTIVE NOTICE AND FARHAGER ISSUES |
| [404777] | 01/24/99 | WRT | 2.8 | -DRAFT BRIEF AND ARGUMENTS RE: CONSTRUCTIVE NOTICE FARHAGER STANDARD AND NEGLIGENCE |
| [408175] | 01/25/99 | PLH | 1.9 | -LEGAL RESEARCH REGARDING WAIVER OF AFFIRMATIVE DEFENSE FOR FAILURE TO PLEAD IT; WAIVER OF AFFIRMATIVE DEFENSE FOR FAILURE TO PROVE AT TRIAL; LEGAL RESEARCH REGARDING CASE LAW SINCE 6/98 WITH REGARD TO NOTICE TO HIGHER MANAGEMENT; RETRIEVED 11TH CIRCUIT DECISION IN OLMSTED VS. TACO BELL |
| [408174] | 01/25/99 | PLH | 1.9 | -LEGAL RESEARCH REGARDING 11TH CIRCUIT STANDARD OF REVIEW OF APPELLATE COURT; HOSTILE WORK ENVIRONMENT/ACTS DIRECTED TOWARD PERSONS OTHER THAN PLAINTIFF (1998); ACTS OF HARASSMENT TOWARD OTHERS WITH REGARD TO NOTICE TO EMPLOYER; RETRIEVED COPIES OF ALL CASES CITING SUPREME COURT DECISION IN FARAGHA |
| [405307] | 01/25/99 | WRT | 0.2 | -CONFERENCE WITH PLH RE: LEGAL RESEARCH ON |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|----------|------|------|------|----------|
| | | | | NOTICE, HIGHER MANAGEMENT STANDARD OF REVIEW OF AND POST FARHAGER CASES |
| [406861] | 01/26/99 | PLH | 1.8 | -LEGAL RESEARCH REGARDING 1998 CASE LAW REGARDING ACTS OF SEXUAL HARASSMENT DIRECTED AT SOMEONE OTHER THAN PLAINTIFF AS EVIDENCE OF NOTICE; RETRIEVE CASE LAW REGARDING SUMMARY JUDGMENT STANDARDS |
| [405619] | 01/26/99 | EMD | 0.7 | -REVIEW OF BRIEF; EDIT SAME; INTRA OFFICE CONFERENCE WITH WRT REGARDING BRIEF |
| [405338] | 01/26/99 | WRT | 3.4 | -ADD TO BRIEF RE; NOTICE, ACTUAL AND CONSTRUCTIVE, STANDARD OF REVIEW, AFFIRMATIVE DEFENSE, HIGHER MANAGEMENT |
| [406864] | 01/27/99 | PLH | 1.8 | -LEGAL RESEARCH REGARDING ABANDONMENT OR WAIVER OF AN AFFIRMATIVE DEFENSE WHEN NO JURY INSTRUCTION IS REQUESTED AND ISSUE NOT ON VERDICT FORM |
| [405617] | 01/27/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH WRT REGARDING BRIEF; REVIEW OF SAME |
| [405397] | 01/27/99 | WRT | 0.5 | -MEETING WITH EMD RE: BRIEF AND ISSUES TO FURTHER ADDRESS RE: NOTICE AND AFFIRMATIVE DEFENSE; FOLLOW UP ON ARGUMENTS |
| [405394] | 01/27/99 | WRT | 2.7 | -DRAFT BRIEF; REVISING STATEMENT OF FACTS AND ARGUMENTS ON NOTICE AND AFFIRMATIVE DEFENSE; REVIEW OF AND INCORPORATE PLH LEGAL RESEARCH |
| [406867] | 01/28/99 | PLH | 1.3 | -RETRIEVE CASE LAW FROM WESTLAW REGARDING SEXUAL HARASSMENT DIRECTED TOWARD OTHERS; LEGAL RESEARCH REGARDING SAME |
| [406693] | 01/28/99 | WRT | 1.1 | -LEGAL RESEARCH ON EVIDENCE OF SEXUAL HARASSMENT OF OTHER WOMEN TO PROVE NOTICE AND REVISING BRIEF |
| [406686] | 01/28/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF WAL-MART RESPONSE TO MOTION TO DISMISS |
| [406681] | 01/28/99 | WRT | 0.2 | -MEETING WITH PSJ RE: RULES AND BRIEF |
| [406677] | 01/28/99 | WRT | 0.3 | -REVISING BRIEF TO CONFORM TO NEW RULES |
| [406649] | 01/30/99 | WRT | 1.3 | -FINALIZING BRIEF, MAKE FINAL REVISIONS TO ARGUMENTS |
| [406656] | 01/31/99 | WRT | 1.1 | -CONFERENCE WITH PSJ RE: BRIEF; FINALIZE BRIEF |
| [406983] | 02/01/99 | WRT | 0.7 | -REVIEW OF FINAL DRAFT OF BRIEF AND CONFIRM REVISIONS/CHANGES INCLUDING HEADINGS AND TABLE OF CONTENTS AND CERTIFICATES |
| [406647] | 02/01/99 | WRT | 1.7 | -DRAFT BRIEF AND FINE TUNING ARGUMENTS/FACTS |
| [408785] | 02/08/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF ORDER RE: JURISDICTIONAL STATEMENT; CONFERENCE WITH PSJ AND REVIEW OF RULE |
| [408777] | 02/08/99 | WRT | 0.3 | -DRAFT LETTER, CONFERENCE WITH PSJ AND CLARK AND DRAFT JURISDICTIONAL STATEMENT |
| [409401] | 02/10/99 | WRT | 0.1 | -DRAFTING TIME SUMMARY AND LETTER TO CLERK |
| [411698] | 02/22/99 | WRT | 0.2 | -RECEIPT AND REVIEW OF REPLY BRIEF |
| [414911] | 03/11/99 | WRT | 0.1 | -DRAFTING LETTER AND ATTORNEY TIME SUMMARY |
| [416899] | 03/26/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF LETTER AND ORDER |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|---|---|---|---|---|
| [417214] | 03/29/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF LETTER AND ORDER |
| [421242] | 04/14/99 | WRT | 0.1 | -DRAFTING ATTORNEY TIME SUMMARY |
| [426186] | 05/02/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF NOTICE OF ORAL ARGUMEN |
| [430879] | 05/28/99 | WRT | 0.1 | -RECEIPT AND REVIEW OF CORRESPONDENCE FROM COURT |
| [434016] | 06/03/99 | WRT | 0.1 | -DRAFTING LETTER |
| [434235] | 06/14/99 | WRT | 0.1 | -DRAFTING ATTORNEY TIME SUMMARY |
| [440235] | 07/06/99 | PLH | 0.3 | -PULL CASE LAW FOR ORAL ARGUMENT ON APPEAL |
| [439180] | 07/06/99 | EMD | 0.1 | -INTRA OFFICE CONFERENCE WITH FRB REGARDING APPEAL |
| [439162] | 07/06/99 | EMD | 0.6 | -REVIEW OF APPELLATE BRIEFS |
| [441406] | 07/07/99 | WRT | 0.3 | -MEETING WITH EMD TO DISCUSS ISSUES FOR ORAL AGRUGMENT |
| [439149] | 07/07/99 | EMD | 1.7 | -REVIEW OF FILE; REVIEW OF TRIAL TRANSCRIPT; INTRA OFFICE CONFERENCE WITH WRT REGARDING APPEAL |
| [442967] | 07/08/99 | EMD | 3.2 | -APPEAL PREPARATIONI |
| [441374] | 07/08/99 | WRT | 0.4 | -CONFERENCE WITH EMD TO DISCUSS FACTS AND WAL-MART DISCREPANCIES/DISTORTION OF RECORD |
| [440248] | 07/08/99 | PLH | 2.4 | -LEGAL RESEARCH REGARDING MOVE TO STRIKE AND OBJECTION TO HEARSAY TESTIMONY |
| [441424] | 07/09/99 | EMD | 2.9 | -APPEAL PREPARATION; INTRA OFFICE CONFERENCE WITH WRT |
| [441436] | 07/12/99 | EMD | 1.1 | -ORAL ARGUEMENT PREPARATION |
| [441426] | 07/12/99 | EMD | 3.1 | -ORAL ARGUEMENT PREPARATION |
| [440255] | 07/12/99 | PLH | 1.0 | -LEGAL RESEARCH REGARDING SUPPLEMENTAL AUTHORITY IN THE 11TH CIRCUIT; DRAFT LETTER 11TH CIRCUIT COURT CLERK; TELEPHONE CALL TO COURT CLERK'S OFFICE |
| [440252] | 07/12/99 | PLH | 1.5 | -LEGAL RESEARCH REGARDING MOTION TO STRIKE HEARSAY AND OBJECTION TO HEARSAY |
| [441486] | 07/13/99 | WRT | 0.9 | -MEETING WITH EMD; DISCUSS ISSUES AND FACTS ORAL ARGUMENT |
| [441463] | 07/13/99 | WRT | 0.1 | -DRAFTING ATTORNEY TIME SUMMARY |
| [441438] | 07/13/99 | EMD | 5.6 | -ORAL ARGUMENT PREPARATION; TRAVEL TO JAY |
| [440258] | 07/13/99 | PLH | 0.4 | -LEGAL RESEARCH REGARDING WAIVER OF OBJECTIO OF HEARSAY TESTIMONY |
| [441443] | 07/14/99 | EMD | 5.8 | -PREPARING FOR ORAL ARGUMENT; ATTENDANCE AT ORAL ARUGMENT; TRAVEL TO PENSACOLA; CONFERE WITH WRT REGARDING ARUGMENT |
| [441524] | 07/15/99 | WRT | 0.1 | -DRAFTING LETTER TO CLIENT |
| [443650] | 07/21/99 | PLH | 0.8 | -LEGAL RESEARCH REGARDING COSTS AND FEES FOR DEFENDING APPEAL; REVIEW ORDER AND CORRESPONDENCE FROM THE COURT |
| [442925] | 07/21/99 | EMD | 0.1 | -REVIEW OF ORDER; INTRA OFFICE CONFERENCE WI WRT |
| [442911] | 07/21/99 | WRT | 0.2 | -RECEIPT AND REVIEW OF ORDER; CALL CLIENT AN DRAFTING LETTER |
| [442906] | 07/21/99 | WRT | 0.2 | -CONFERENCE WITH PLH REGARDING LEGAL RESEARC AND DRAFTING PETITION FOR COSTS/FEES |

| RECORD # | DATE | ATTY | TIME | -ACTIONS |
|----------|------|------|------|----------|
| [442904] | 07/21/99 | WRT | 0.1 | -TELEPHONE CONFERENCE WITH RITA |
| [443654] | 07/23/99 | PLH | 1.1 | -DRAFT PETITION FOR ATTORNEY FEES; PREPARE VERIFIED BILL OF COST |
| [443652] | 07/26/99 | PLH | 0.8 | -LEGAL RESEARCH REGARDING AFFIDAVITS IN SUPPORT OF ATTORNEY FEES |
| [443625] | 07/27/99 | WRT | 0.1 | -CONFERENCE WITH PLH RE: STATUS OF PETITIONS FOR ENTITLEMENT TO FEES/COSTS |
| [443756] | 07/29/99 | PLH | 0.4 | -DRAFT AFFIDAVIT IN SUPPORT OF PETITION FOR ATTORNEY FEES |
| [443748] | 07/29/99 | WRT | 0.9 | -CONFERENCE WITH PLH; DRAFTING PETITION FOR TAXABLE COSTS, LETTER, AND NOTICE; DRAFTING PETITION FOR FEES |
| [443746] | 07/29/99 | WRT | 0.3 | -MEETING TROY RAFFERTY RE: EXPERT AFFIDAVIT AND FILE ON APPEAL |
| [443745] | 07/29/99 | WRT | 0.2 | -DRAFTING AND REVISING AFFIDAVIT IN SUPPORT OF PETITION FOR FEES |

```
BILLED TIME   :      0.0
UNBILLED TIME:     122.8
TOTAL TIME    :    122.8
```