# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA

## PENSACOLA DIVISION

MARIE E. CASEY and
RITA D. DENSON,

    Plaintiffs,

v.                                                   Case No. 3:96-cv-274/LAC

WAL-MART STORES, INC.,
KARL KATZENBERGER, and
JERRY BROOKS,

    Defendants.
_____/

## ORDER

Pursuant to the Court's order of referral (doc. 286), Special Master Louis F. Ray, Jr. has submitted a report and recommendation with regard to the parties' dispute over attorneys' fees (doc. 295). As directed by the Court, the Special Master conducted a hearing to determine the following: (1) the amount of attorneys' fees and non-taxable expenses that should be paid to the Plaintiffs by Defendant Wal-Mart Stores, Inc.; (2) the Special Master's fees and costs; and (3) which party should pay the fees and costs of the Special Master or in what manner the fees and costs should be prorated. Upon review of the report and recommendation, the undersigned concludes that the Special Master's findings of fact are

not clearly erroneous and, therefore, the recommendation is hereby adopted as the opinion of this Court. *See* N.D. FLA. LOC. R. 54.1(F).

Accordingly, it is hereby ORDERED:

1. The Special Master's report and recommendation (doc. 295) is adopted as the opinion of this Court.

2. Defendant WAL-MART STORES, INC. is directed to pay Plaintiff's counsel, EMMANUEL, SHEPPARD & CONDON, $204,185.00 in attorneys' fees and $951.83 in costs.

3. Defendant WAL-MART STORES, INC. is further directed to pay Special Master LOUIS F. RAY, JR. $2700.00 in fees and costs.

4. Plaintiffs MARIE E. CASEY and RITA D. DENSON are directed to pay Special Master LOUIS F. RAY, JR. $675.00 in fees and costs.

**ORDERED** on this **20th** day of October, 2000.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lacey A. Collier
　　　　　　　　　　　　　　　　United States District Judge